**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER M. JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T INC.,<br><br>　　　　Defendant. | CASE NO.: 2:24-CV-03368-DJC-CKD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW

The Court, having considered the Stipulation for Extension of Deadline for Defendant to Respond to Plaintiff's Complaint, and for good cause shown, rules as follows:

The Stipulation is GRANTED. IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiff's Complaint is extended from December 9, 2024, to January 8, 2024.

**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, jone.3368.24